1
2
3
4
5
6
7
8

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| RICHARD SCOTT ELSMORE,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF RIVERSIDE, et al.,<br><br>Defendants. | Case No. ED CV 15-1088 RGK (MRW)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
|---|---|

Pursuant to 28 U.S.C. § 636, the Court reviewed the Complaint, the records on file, and the Report and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in a de novo review of those portions of the Report to which Plaintiff has objected. The Court accepts the findings and recommendation of the Magistrate Judge.

1    IT IS ORDERED that Defendants Gallon, Warren, Snell, and Ferrer are
2  dismissed from this action with prejudice. The matter is referred back to
3  Magistrate Judge Wilner for further proceedings.
4
5
6  DATE: May 5, 2016                    _____
7                                       HON. R. GARY KLAUSNER
                                        UNITED STATES DISTRICT JUDGE