# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD SCOTT ELSMORE,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>COUNTY OF RIVERSIDE, et al.,<br><br>　　　　Defendants. | Case No. ED CV 15-1088 RGK (MRW)<br><br>JUDGMENT |

　　　Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

　　　IT IS ADJUDGED that Defendants Gallon, Warren, Snell, and Ferrer are dismissed with prejudice from this action.

DATE: May 5, 2016

_____
HON. R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE