UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| RICHARD SCOTT ELSMORE,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>COUNTY OF RIVERSIDE, REYNALDA OLIVAREZ BODNAR, MICHAEL EATON, RICHARD HUERTA, JOSEPH RIDDLE, JAMES WARREN, STEPHEN GALLON, BRADLEY SNELL, ERNIE FERRER, each individual in their Personal Capacity and DOES 1 through 10, inclusive,<br><br>　　　　　Defendant. | Case No. ED CV15-01088 RGK (MRW)<br><br>**ORDER RE DISMISSAL OF ACTION**<br><br><br><br>Complaint Filed: June 4, 2015 |

　　　　Pro Se Plaintiff, RICHARD SCOTT ELSMORE, and Defendants, COUNTY OF RIVERSIDE, and the individual defendants Reynalda Olivarez Bodnar, Michael Eaton, Richard Huerta and Joseph Riddle, by and through their counsel of record, having settled the entity of this action on October 6, 2016, stipulated that the above-entitled action shall be dismissed with prejudice.

///

///

///

///

IT IS SO ORDERED:

1. This action shall be dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.
2. Each party to bear its own costs and fees.

Dated: October 31, 2016   By: _____
The Honorable Michael R. Wilner